Marie ANDERSON, Alvester Brafort, et al., Plaintiffs–Appellants,

v.

H&R BLOCK, INC., Beneficial National Bank, et al., Defendants–Appellees.

No. 01–11863.

United States Court of Appeals, Eleventh Circuit.

Sept. 3, 2003.

K. Stephen Jackson, Jeff S. Daniel, Jackson, Fraley & Shuttlesworth, P.C., Birmingham, AL, for Plaintiffs–Appellants.

Peter Sean Fruin, Maynard, Cooper & Gale, P.C., Montgomery, AL, Stewart M. Cox, Bradley, Arant, Rose & White, A. Inge Selden, III, Stephen Clark Jackson, Maynard, Cooper & Gale, P.C., Birmingham, AL, Burt M. Rublin, Ballard, Spahr, Andrews & Ingersoll, LLP, Philadelphia, PA, Howard N. Cayne, Arnold & Porter, Washington, DC, for Defendants–Appellees.

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

On June 2, 2003, the United States Supreme Court reversed our decision in this matter, holding that "an action filed in a state court to recover damages from a national bank for allegedly charging excessive interest in violation of both 'the common law usury doctrine' and an Alabama usury statute may be removed to a federal court because it actually arises under federal law." *Beneficial Nat'l Bank v. Anderson*, —— U.S. ——, 123 S.Ct. 2058, 156 L.Ed.2d 1 (2003). In light of the Supreme Court's holding, we AFFIRM and REMAND this case to the district court for further proceedings consistent with this opinion.